IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                              CRIMINAL NO. 2:09CR6-DPJ-DAS

JASON OWENS

## **ORDER**

This matter is before the court on motion of the defendant to eliminate or reduce restrictive measurements (# 15). After considering the motion, the court finds it to be well taken, and it shall be granted. On January 16, 2009, this court entered an order setting conditions of release. As part of that order the defendant was not to leave his home before 7:00 a.m. and was to return from work and be inside his home by 6:00 p.m. Those restrictions will now be modified such that the defendant will be allowed to remain outside of his home from Monday through Friday until 10:00 p.m. to complete the personal responsibilities detailed in the motion, including mowing his lawn and grocery shopping. The restrictions placed on the defendant in the January 16 order will remain the same for Saturdays and Sundays, and all remaining restrictions will continue in effect.

IT IS, THEREFORE, ORDERED that the defendant's motion to eliminate or reduce restrictive measurements (# 15) is hereby GRANTED.

SO ORDERED, this the 19th day of May 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE